**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1662

LISA BROOKS CARLSON,

Debtor - Appellant,

v.

RUSHMORE LOAN MANAGEMENT SERVICES, LLC,

Creditor – Appellee,

R. CLINTON STACKHOUSE, JR.,

Trustee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:13-cv-00693-AWA-DEM)

Submitted: November 18, 2014       Decided: November 20, 2014

Before NIEMEYER and MOTZ, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

Lisa Brooks Carlson, Appellant Pro Se.  Ronald James Guillot, Jr., SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Carlson appeals from the district court's order affirming the bankruptcy court's order granting relief from the automatic stay. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carlson v. Rushmore Loan Mgmt. Servs., LLC, No. 2:13-cv-00693-AWA-DEM (E.D. Va. June 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED